## Exhibit A to the Complaint

**Location:** Queens, NY  **IP Address:** 173.56.18.126
**Total Works Infringed:** 30  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F445823EE2BB5E4BF4886EB8490DF47ACC438C4E<br>File Hash:<br>22227D1C627D8CA3F7FA22811CBBBA6684771E7EC3663464BE82D1F688B65A95 | 04/09/2024 04:30:27 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 2 | Info Hash: 7C2EFB2F67AE964678071271206339F17FC4EAD4<br>File Hash:<br>24FFFBCC065C36F02A425FF5A8FCC164FF5792E35BBEBB12B98E2D35219C25F4 | 04/07/2024 15:46:33 | Blacked | 07/19/2019 | 09/10/2019 | PA0002199415 |
| 3 | Info Hash: 488BE10D4F8BA39E322D0255FF8C05FB670B035F<br>File Hash:<br>74F3142D99D66C17C282369D9C3BA398A5576BB3077E1C2E5D406F9CFCB46A6E | 03/14/2024 21:37:28 | Tushy | 03/10/2024 | 04/12/2024 | PA0002465216 |
| 4 | Info Hash: 549D81C2E31A1CB34CE19937D9D3CEE671D29A4C<br>File Hash:<br>C8CCB78689D918D0D79665B3B33C13341BA46849EA640AFB43423CF912D9BAE6 | 02/25/2024 17:25:34 | Blacked | 02/19/2020 | 03/18/2020 | PA0002241617 |
| 5 | Info Hash: 94658DAB67D28FAAEF34F28FF99E3BD1863F23B9<br>File Hash:<br>4DFA1443CCCB17E94EED58D6935714FD43299A5487D0C512DB29609EBBA34A4B | 02/22/2024 04:10:26 | Blacked Raw | 02/19/2024 | 03/12/2024 | PA0002459223 |
| 6 | Info Hash: FAD2FBF47A0377CBA50150AA5272396744D2B4AC<br>File Hash:<br>E8FBBF3A7747F3F3E86F8D9E134966CBEE065DFD5469844EE196458048CC5B18 | 02/20/2024 06:36:11 | Blacked Raw | 06/03/2023 | 06/09/2023 | PA0002415371 |
| 7 | Info Hash: BCCD84048DA3643E9D970AC436951A037178A561<br>File Hash:<br>925BDC849718BF92CC70CE2A1F8C2A8E53CD9DD0565B533251B577EBBB79DA82 | 02/19/2024 03:20:10 | Vixen | 02/16/2024 | 03/13/2024 | PA0002459592 |
| 8 | Info Hash: 71025FFF23FB42A661078AE7F85F488AD3965998<br>File Hash:<br>23A26AE584812BC43CDD79092F2F227031E68FB2E653ECB562645C8C9E82DE0D | 02/19/2024 03:19:15 | Vixen | 02/02/2024 | 02/13/2024 | PA0002454778 |
| 9 | Info Hash: AFA75C50ECC5097B38CD8FC5E3A50757E48BD975<br>File Hash:<br>2AAF447401D6A206EC1F8E534776338BB22BFF8A4E36374F1DD19FCB9FB9CEB0 | 02/19/2024 03:18:54 | Vixen | 01/26/2024 | 02/13/2024 | PA0002454776 |
| 10 | Info Hash: E07877B71CF19666B48388AB9C202988860AC477<br>File Hash:<br>A322DDC118786F478AF8E88429DB19350012AE87942D7E47B70598691EC6D8EC | 02/12/2024 03:58:58 | Tushy | 05/01/2018 | 06/19/2018 | PA0002126640 |
| 11 | Info Hash: BB64957A40F61A3746F29772D6B879936CBC2865<br>File Hash:<br>7016488E36B94BDBF4F4C9B50F1AAC5949529620E20FD4D18AFF665C410D4C11 | 02/12/2024 02:02:20 | Blacked Raw | 02/05/2024 | 02/14/2024 | PA0002455064 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 62D5572C067EDA581F9D7CC022613390DEBB561E<br>File Hash:<br>5A322EA5C00A9C77C59EAA83566991742A63CA2D9B38369F2740EF4EAD39F54F | 02/10/2024<br>16:31:17 | Blacked Raw | 01/29/2024 | 02/14/2024 | PA0002455038 |
| 13 | Info Hash: DCBA4482AA0E3DE1A86A7A7EE627174922AC90C8<br>File Hash:<br>4A913F993E727CC335075C28C6B54C406A703589D61ED617038801681737CE43 | 02/05/2024<br>11:44:04 | Blacked | 05/02/2020 | 05/19/2020 | PA0002241471 |
| 14 | Info Hash: 6CECBC349193EC9C7B76A2099FC15AE1A288D482<br>File Hash:<br>250DF55B05DE3EEB997D13B03E27C8D1B671ADD3EE18B3A40940920F646B24F8 | 02/05/2024<br>07:30:33 | Blacked Raw | 02/28/2023 | 03/05/2023 | PA0002399873 |
| 15 | Info Hash: 224831A748AD8CD03F87A71D40FE178BA58F2B72<br>File Hash:<br>A0DED680F493DCBD342DBF7EE602D8544ED8B66F9B1E05F534A40FA198F85534 | 02/05/2024<br>01:10:50 | Tushy | 07/12/2020 | 07/20/2020 | PA0002248965 |
| 16 | Info Hash: 2B6D6BDF887AB89FBEC89CA81D077FDF2608816B<br>File Hash:<br>BAA4B14C618769C7571FBC2C44A3E7DA8E6C19A7E0C9765E1A70E2081357FFED | 02/05/2024<br>01:05:15 | Blacked | 02/03/2024 | 02/14/2024 | PA0002455061 |
| 17 | Info Hash: 8F0D645A4E467F33C0C50898172B7C703E9DD93D<br>File Hash:<br>1C3B5635217F05EAC3D317D29E4903E2FF3BD795E24C160E79062321EC9AB063 | 01/28/2024<br>20:31:37 | Blacked | 01/20/2024 | 02/13/2024 | PA0002454784 |
| 18 | Info Hash: 7FCFA61F65AEF9F1B286BA70BC5A3CD6CA0350C4<br>File Hash:<br>92AD7CB7831F72E2DDAFBE447BA22DE072E0A1B15F5CB8364F277183805AD4B2 | 01/28/2024<br>20:30:53 | Blacked | 01/27/2024 | 02/27/2024 | PA0002457000 |
| 19 | Info Hash: 4288C57F709EA0FD3BDAA4A7B2F49E21B547B351<br>File Hash:<br>39CF54A28B61AF715B8E1ADA76E1C2A1C5B764C45B361C3215D9AE378D036D84 | 01/06/2024<br>14:04:54 | Tushy | 08/29/2018 | 10/16/2018 | PA0002127775 |
| 20 | Info Hash: E8FDE02B470854F96FE03570C920B30F274A14E2<br>File Hash:<br>7BC233DB3D87ADD25BD2E98D104D1D41EFB5AA2CC05F1C46B2F5A347566E5458 | 01/06/2024<br>07:57:24 | Tushy | 08/14/2018 | 09/01/2018 | PA0002119587 |
| 21 | Info Hash: F79C8661D471F9B32789E54CDF7CF1F9C84F3977<br>File Hash:<br>1B69FE914400617C0051F409D2EE6E3D1C3D38758442C78F7C43EC4ED8EB7D82 | 01/06/2024<br>07:57:19 | Tushy | 09/13/2018 | 11/01/2018 | PA0002143414 |
| 22 | Info Hash: 872E2DEE776ADD745E11B92B5B19762FC586535C<br>File Hash:<br>1CE24A51C5CCA9EBEDCF876CEB85BA45D1BE29B620B7D81E4266B94D605BC9CF | 01/06/2024<br>07:57:18 | Tushy | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 23 | Info Hash: 9E16C691FD1023303679E89764E435FEA5F3DA46<br>File Hash:<br>EF61072101211DEFAC88A911C5D3CFEA3D73C0C57674E9D0614DF3ED55DCA07E | 01/06/2024<br>04:51:58 | Tushy | 07/30/2018 | 09/01/2018 | PA0002119590 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 373CF3FC6F847C6EEA5B20AC21911FB1227DE0EA<br>File Hash: D2DF0CF636A8E4E22663820638976EA1DC9DE946457097ACBB2D9BFCFDEE16D8 | 12/24/2023 20:29:43 | Blacked Raw | 12/04/2023 | 12/12/2023 | PA0002445181 |
| 25 | Info Hash: 85E96705DFE744C3ED4394F199F6A4AF9CA2BE2B<br>File Hash: E61D03C0CCEF4D2D8F22772776B8CEB47D2CD91CDD7A7E5E70E961344DA97E17 | 12/24/2023 20:29:17 | Blacked Raw | 12/11/2023 | 01/16/2024 | PA0002449504 |
| 26 | Info Hash: 04643C475735F8B45F8E6E1A4F8E89C233FDC85E<br>File Hash: ABE679D12B5384D8FBE930BEEF70582CEBC7E61AD38EBCBC5CECB3F6218D5857 | 10/07/2023 14:26:44 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 27 | Info Hash: 87E0C840932941C63FC4A5F44F83784CBB3DD479<br>File Hash: 38BCBBE49002653121C9451C7D71780AB45C4B144D671273D6477B38728B5AD1 | 09/02/2023 16:40:24 | TushyRaw | 08/30/2023 | 09/18/2023 | PA0002430961 |
| 28 | Info Hash: 01145BC9017A327A8089957F2C21C51D46E5C244<br>File Hash: B32823A7CB8DC7612266A1067569C188E60F7CCDD1BC45D9CB3D74ABADD12EDD | 08/30/2023 04:52:15 | Blacked Raw | 08/28/2023 | 09/17/2023 | PA0002430912 |
| 29 | Info Hash: DD355D97048B431F42EC4E908BBFE05E7A86449B<br>File Hash: 5D548055AFFB191EB2F23823348AB8A5497959F795CD4DF70C4FBED7FAC2E3A2 | 08/10/2023 03:57:05 | Blacked Raw | 08/07/2023 | 08/17/2023 | PA0002425526 |
| 30 | Info Hash: FA3E8CA60B0B1C49D8686EA90D0C07DD82DA6042<br>File Hash: 3BB9222AF2B33BD675EE012692FB557F49C3E7E006545FE943D9CFC22D7F2387 | 08/06/2023 06:11:01 | Blacked | 08/05/2023 | 08/17/2023 | PA0002425714 |